IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, <br> 1030 15th Street NW, B255 <br> Washington, DC 20005 <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br> 950 Pennsylvania Avenue NW <br> Washington, DC 20530 <br> *Defendant.* | Case No. 25-cv-383 |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff American Oversight respectfully moves this Court for a preliminary injunction enjoining Defendant Department of Justice ("DOJ") from unlawfully impeding American Oversight's access to records that must be made available under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). American Oversight seeks injunctive relief ordering DOJ to provide American Oversight with a determination on its FOIA request and to process the request and produce non-exempt, responsive records by 10:00 AM Eastern time on February 21, 2025, or by such date as the Court deems appropriate.

American Oversight's January 8, 2025 FOIA request to DOJ sought expedited processing and production of a copy of Volume Two of former Special Counsel Jack Smith's investigative report on President Trump's alleged mishandling of classified documents in 2021, which Mr. Smith sent to DOJ in full and redacted form on January 7, 2025. To date, DOJ has failed to respond to either American Oversight's request for expedited processing or its FOIA request, and Volume Two of the report has not been released to the public.

1

The public's access to Volume Two is particularly urgent now because it contains information and evidence pertaining to Kash Patel, who faces a possible confirmation vote this week to become Director of the Federal Bureau of Investigation ("FBI"). Upon information and belief, Volume Two contains information and evidence that not only pertain to Mr. Patel's unsubstantiated public assertion that President Trump declassified documents prior to departing office at the end of his first term,[1] but may also shed light on whether Mr. Patel misled the Senate Judiciary Committee during his January 30, 2025 confirmation hearing.[2] DOJ has received multiple, urgent requests for Volume Two's public release.[3] Despite continued pressure from members of Congress, DOJ has refused to release any portion of Volume Two.[4]

As detailed in its accompanying Memorandum in Support of Plaintiff's Motion for Preliminary Injunction and Affidavit, American Oversight's motion satisfies each of the elements for injunctive relief. First, American Oversight is likely to succeed, because DOJ has failed to timely respond to either Plaintiff's request for expedited processing or FOIA request. Second,

---

[1] *See, e.g.,* Eric Tucker, *AP source: Trump ally appears before Mar-a-Lago grand jury*, ASSOCIATED PRESS (Nov. 4, 2022 7:17 PM), https://apnews.com/article/donald-trump-mar-a-lago-government-and-politics-8a51290da3e8f59c83edbfc2898f547d; Alex Leary et al., *Ex-White House Aide Kash Patel Presses View Trump Broadly Declassified Documents*, WALL STREET J. (Aug. 21, 2022 8:00 AM), https://www.wsj.com/articles/ex-white-house-aide-kash-patel-presses-view-trump-broadly-declassified-documents-11661083201; Tierney Sneed, Trump claims he declassified Mar-a-Lago docs, but his lawyers avoid making that assertion, CNN (Sept. 16, 2022 8:20 AM), https://www.cnn.com/2022/09/15/politics/trump-mar-a-lago-docs-declassified-claim/index.html.

[2] *See* Letter from Sen. Whitehouse, Sen. Booker, and Sen. Schiff to Sen. Grassley, Chairman, Sen. Jud. Comm. (Feb. 6, 2025), https://www.schiff.senate.gov/wp-content/uploads/2025/02/2025-02-06-Patel-Follow-Up-Letter61.pdf.

[3] *See e.g.,* Press Release, *CREW requests full special counsel report and communications* (Jan. 16, 2025) (request submitted Jan. 10, 2025), https://www.citizensforethics.org/reports-investigations/foia-requests/crew-requests-full-special-counsel-report-and-communications/; Press Release, *People for the American Way Foundation Files Urgent FOIA Request for Volume 2 of Smith Report* (Jan. 15, 2025) (request submitted Jan. 15, 2025), https://www.peoplefor.org/people-american-way-foundation-files-urgent-foia-request-volume-2-smith-report;

[4] *See* Letter from House Judiciary Committee members' to Merrick Garland, Att'y Gen., Dep't of Justice (Jan. 15, 2025). https://democrats-judiciary.house.gov/uploadedfiles/2025-01-15_hjc_dems_to_garland_doj.pdfhttps://democrats-judiciary.house.gov/news/documentsingle.aspx?DocumentID=5441; Senate Judiciary Committee, Questions for the Record the Honorable Pamela Jo Bondi Nominee to be Attorney General of the United States, at 27 (Jan. 15, 2025), https://www.judiciary.senate.gov/imo/media/doc/2025-01-15_-_qfr_responses_-_bondi.pdf; Rebecca Beitsch, *Raskin Demands DOJ Release Smith Mar-a-Lago Report*, THE HILL (Feb. 3, 2025, 4:50 AM) https://thehill.com/homenews/5122053-raskin-demands-doj-release-smith-mar-a-lago-report/.

further delay by DOJ in complying with its statutory obligations to expedite release of Volume Two of the Special Counsel's Report will irreparably harm American Oversight and the public it seeks to serve. Third, granting this relief will not burden others' interests, as a redacted version of Volume Two has existed since January 7, 2025. And fourth, public interest in release of the requested records is urgent, as it is essential for members of the U.S. Senate (and the public) to have as much information as possible regarding Kash Patel ahead of the Senate's vote on his confirmation as President Trump's nominee to head the FBI.

Pursuant to Local Rule 65.1(d), American Oversight asks that the Court schedule a hearing on this Motion at the Court's earliest convenience.

Dated: February 10, 2025					Respectfully submitted,

*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
Daniel Martinez
D.C. Bar No. 90025922
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
Elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*