**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) |
| Defendant. | ) ) ) ) ) |

Civil Action No. 25-0383 (TJK)

**DECLARATION OF VANESSA R. BRINKMANN**

I, Vanessa R. Brinkmann, declare the following to be true and correct:

1.　　I am Senior Counsel in the Office of Information Policy (OIP), United States Department of Justice (DOJ or Department).  In this capacity, I am responsible for supervising the handling of the Freedom of Information Act (FOIA) requests subject to litigation processed by the Initial Request Staff (IR Staff) of OIP – a role I have served in some form since 2008. Prior to becoming Senior Counsel, I served as Counsel to the IR Staff, as an Attorney-Advisor and, from 2003-2008, as a Government Information Specialist (formerly FOIA Specialist) on the IR Staff.  The IR Staff of OIP is responsible for processing FOIA requests seeking records from within OIP and from six senior leadership offices of the DOJ, specifically the Offices of the Attorney General (OAG), Deputy Attorney General (ODAG), Associate Attorney General (OASG), Legal Policy (OLP), Legislative Affairs (OLA), and Public Affairs (OPA), as well as the Office of the Executive Secretariat (OES).  Additionally, the IR Staff is responsible for processing FOIA requests seeking records from within the Special Counsel's Office (SCO).

1

2.      The IR Staff devises appropriate records searches for each FOIA request and determines whether records can be released in accordance with the FOIA.  In processing such requests, the IR Staff consults with personnel in the Department's senior leadership offices and, when appropriate, with other components within the DOJ, as well as with other Executive Branch agencies.

3.      I make the statements herein on the basis of personal knowledge, including my extensive experience with the FOIA, with OIP, and in handling FOIA requests for senior leadership office records, as well as information acquired by me in the course of performing my official duties.

4.      The purpose of this declaration is to present the administrative record for Plaintiff's FOIA request to OIP and to explain the basis for OIP's determination that records responsive to Plaintiff's FOIA request should be withheld in full in compliance with a court-ordered injunction issued by a federal district court prohibiting the Department from releasing the responsive records.

**Plaintiff's FOIA Request**

5.      On January 8, 2025, Plaintiff submitted a FOIA request to OIP using OIP's FOIAStar processing system.  Plaintiff's FOIA request sought: "A copy of Jack Smith's two-volume report of his investigations into President Trump's handling of classified documents and potential election interference."  Plaintiff's request also sought a fee waiver and expedited processing.  A copy of Plaintiff's FOIA request is attached hereto as Exhibit A.

6.      On January 8, 2025, Plaintiff also submitted a FOIA request to the Executive Office for United States Attorneys (EOUSA) which forwarded it to OIP on January 10, 2025. Upon receipt of the forwarded request from EOUSA, OIP assigned Request No. FOIA-2025-

01848. OIP determined that the request forwarded by EOUSA was duplicative of the request

sent directly to OIP because it sought the same records. By letter dated January 14, 2025, OIP

informed Plaintiff that it had closed Request No. FOIA-2025-01848 as a duplicate of the request

plaintiff sent to OIP. A copy of OIP's correspondence to Plaintiff regarding the duplicate request

is attached hereto as Exhibit B.

**Processing of Plaintiff's FOIA Request to OIP**

7.     As noted above, Plaintiff's FOIA request was submitted to and received by OIP

on January 8, 2025, and assigned OIP Request No. FOIA-2025-01746.

8.     On February 10, 2025, Plaintiff filed suit. *See* Complaint, ECF No. 1. On the

same day, Plaintiff also filed a motion for preliminary injunction. *See* Motion, ECF No. 2.

9.     By letter dated February 11, 2025, OIP issued a final response to Plaintiff's FOIA

request. OIP informed Plaintiff that Volume I of the Report of Special Counsel Jack Smith ("the

Report") is publicly available on the Department's website. In addition, OIP's final response

included a determination that Volume II of the Report should be withheld in full because it is

protected from disclosure by a court injunction issued by the United States District Court for the

Southern District of Florida, West Palm Beach Division. A copy of OIP's final response letter is

attached hereto as Exhibit C.

**Court Injunction Prohibits Release of Certain Responsive Records**

10.     As noted above, in response to Plaintiff's FOIA Request, OIP determined that

Volume II of the Report should be withheld because a court injunction prohibits release of

Volume II. On January 21, 2025, the Honorable Aileen M. Cannon, United States District

Judge, United States District Court for the Southern District of Florida, West Palm Beach

Division, issued an injunction enjoining "Attorney General Garland or his successor(s), the

3

Department of Justice, its officers, agents, officials, and employees, and all persons acting in active concert or participation with such individuals . . . from (a) releasing, sharing, or transmitting Volume II of the Final Report or any drafts of Volume II outside the Department of Justice, or (b) otherwise releasing, distributing, conveying, or sharing with anyone outside the Department of Justice any information or conclusions in Volume II or in drafts thereof." *See United States v. Nauta*, --- F. Supp. 3d ---, 2025 WL 252641, at *6 (S.D. Fl. Jan. 21, 2025). Judge Cannon's Order enjoining the Department from releasing Volume II of the Report remains in force.  Thus, OIP lacks the authority to consider the releasability of the requested records.

    I declare under penalty of perjury that the foregoing is true and correct.

Vanessa R. Brinkmann

Executed this 14th day of February 2025.

4