UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-0383 (TJK) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
TO EXTEND RESPONSE DEADLINE TO DEFENDANT'S MOTION TO DISMISS**

Defendant Department of Justice (the "Department") takes no position on Plaintiff's Motion to Extend Response Deadline to Defendant's Motion to Dismiss (ECF No. 15), but respectfully notes that further delay in this case is not warranted for the reasons the Department discussed in its Opposition to Plaintiff's Motion to Stay (ECF No. 14).

Dated: March 20, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:     /s/ M. Jared Littman
     M. JARED LITTMAN
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2523

*Attorneys for the United States of America*