UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

    *Plaintiff*,

v.

U.S. DEPARTMENT OF JUSTICE,

    *Defendant*.

Civil Action No. 25-383 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss, or, Alternatively, for Summary Judgment, ECF No. 12, is construed as a motion for summary judgment and is **GRANTED**. Judgment is **ENTERED** for Defendant. This is a final, appealable order. The Clerk of Court is directed to close the case.

    **SO ORDERED**.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: April 22, 2025